IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02852-BNB

JOHN J. McCARTHY,

    Applicant,

v.

WARDEN,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant John J. McCarthy initiated this action by filing *pro se* a document titled "Petition for a Writ of Habeas Corpus Writ of Error Corim [sic] Nobis." In an order filed on December 7, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. McCarthy to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. McCarthy to file on the proper form an application for a writ of habeas corpus and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. McCarthy was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 21, 2009, Mr. McCarthy filed on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On December 28, 2009, he filed a document titled "Writ of Coram Nobis or in the Alternative Habeas Corpus."

However, Mr. McCarthy has failed within the time allowed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure all of the deficiencies.

DATED at Denver, Colorado, this 20 day of January, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02852-BNB

John J. McCarthy
Reg. No. 38051-066
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/10

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk